UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TONY GARCIA,

    Plaintiff,

v.                                      Case No.  5:21-cv-22-RV-MJF

WELLPATH MEDICAL, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 26, 2021 (ECF No. 17). Plaintiff was furnished a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), which he did (ECF No. 18). Having reviewed his objections de novo, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 17) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process.

3. The clerk of court shall close this case file.

**DONE AND ORDERED** this 10th day of June, 2021.

                                    /s/ Roger Vinson                             /
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**